HURWITZ, Circuit Judge,
with whom FLETCHER, Circuit Judge, joins, concurring in part and concurring in the result:
As the court today correctly notes, “[i]n most cases, the standard of review does not affect the outcome.” That is true here. The district court found that the injuries suffered by the victim — “several lacerations ... and a small burn” — warranted imposition of the bodily injury enhancement in U.S. Sentencing Guidelines Manual § 2Ll.l(b)(7)(A). Whether reviewed de novo or with deference, the district court’s determination was plainly correct. See U.S.S.G. § 1B1.1 cmt. n.l(B) (defining bodily injury as any significant injury). I would therefore leave for another day, and in a case where it matters to the outcome, the interesting issue of the appropriate standard of review.